# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHARON VERRET

VERSUS

MATT VERRETT AND JENNIFER
BLUSKE

NO.  2026 CW 0314

**MARCH 13, 2026**

In Re:    Sharon Verret, applying for supervisory writs, 32nd
          Judicial District Court, Parish of Terrebonne, No.
          194338.

BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.

    **WRIT NOT CONSIDERED.** This writ application is untimely. Uniform Rules of Louisiana Courts of Appeal, Rule 4-3, provides that "[t]he return date in civil cases shall not exceed 30 days from the date of notice of judgment, as provided in La. C.C.P. art. 1914." The order setting security was signed on February 22, 2024, and notice was mailed on April 10, 2024. Relator filed a motion to vacate the February 22, 2024 order, seeking reconsideration of the order. The motion to vacate was denied, and relator filed a notice of intent to seek a writ application on October 20, 2025. However, "the filing of a motion for new trial seeking reconsideration of an interlocutory judgment cannot interrupt the 30-day period for filing an application for supervisory writs[.]" **Carter v. Rhea,** 2001-0234 (La. App. 4th Cir. 4/25/01), 785 So.2d 1022, 1025.

                              PMc
                              HG
                              TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT